FILED
CLERK, U.S. DISTRICT COURT

9/1/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ TV _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2023 Grand Jury

| UNITED STATES OF AMERICA, | CR No. 2:23-cr-00439-SB |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. §§ 111(a)(1), (b): Assault on a Federal Employee Inflicting Bodily Injury] |
| JOSE LUIS LOPEZ, | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 111(a)(1), (b)]

On or about September 4, 2022, in Los Angeles County, within the Central District of California, defendant JOSE LUIS LOPEZ intentionally and forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with victim M.B., a nurse for the Department of Veterans Affairs, and in doing so made physical contact with M.B., while M.B. was engaged in, and on account of, the performance of M.B.'s official duties, resulting in the infliction of bodily injury to M.B.

COUNT TWO

[18 U.S.C. §§ 111(a)(1), (b)]

On or about September 4, 2022, in Los Angeles County, within the Central District of California, defendant JOSE LUIS LOPEZ intentionally and forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with victim J.C.G., a nurse for the Department of Veterans Affairs, and in doing so made physical contact with J.C.G., while J.C.G. was engaged in, and on account of, the performance of J.C.G.'s official duties, resulting in the infliction of bodily injury to J.C.G.

COUNT THREE

[18 U.S.C. §§ 111(a)(1), (b)]

On or about September 4, 2022, in Los Angeles County, within the Central District of California, defendant JOSE LUIS LOPEZ intentionally and forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with victim M.C.R., a nurse for the Department of Veterans Affairs, and in doing so made physical contact with M.C.R., while M.C.R. was engaged in, and on account of, the performance of M.C.R.'s official duties, resulting in the infliction of bodily injury to M.C.R.

COUNT FOUR

[18 U.S.C. §§ 111(a)(1), (b)]

On or about September 4, 2022, in Los Angeles County, within the Central District of California, defendant JOSE LUIS LOPEZ intentionally and forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with victim K.M., a nurse for the Department of Veterans Affairs, and in doing so made physical contact with K.M., while K.M. was engaged in, and on account of, the performance of K.M.'s official duties, resulting in the infliction of bodily injury to K.M.

A TRUE BILL

```
     /s/
Foreperson
```

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

IAN V. YANNIELLO
Assistant United States Attorney
Deputy Chief, General Crimes Section

KYLE W. KAHAN
Assistant United States Attorney
International Narcotics, Money Laundering, and Racketeering Section